Dismissed and Memorandum
Opinion filed November 18, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00683-CV

____________

 

KENNETH LEE HIGHTOWER, Appellant

 

V.

 

LINDA MARIE HIGHTOWER, Appellee

 



 

On Appeal from the 359th District Court

Montgomery County, Texas

Trial Court Cause No. 09-11-10777CV

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 7, 2010.  On November 1, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Brown.